VERNAL MORGAN *v.* COMMISSIONER OF
CORRECTION
(AC 28449)

McLachlan, Gruendel and Beach, Js.

Argued April 17—officially released May 27, 2008

Per Curiam. The appeal is dismissed.

JOSEPH MOONEY *v.* COMMISSIONER OF
CORRECTION
(AC 28628)

DiPentima, Robinson and Peters, Js.

Argued April 17—officially released May 27, 2008

Per Curiam. The appeal is dismissed.

STATE OF CONNECTICUT *v.* ERNEST FRANCIS
(AC 28091)

DiPentima, Harper and Lavery, Js.

Argued April 22—officially released May 27, 2008

Per Curiam. The judgment is affirmed.